# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**594**

**CA 11-01299**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, AND LINDLEY, JJ.

---

IN THE MATTER OF THE APPLICATION OF WILLIAM
HOGE, PETITIONER-APPELLANT, FOR THE DISSOLUTION
OF SELECT FABRICATORS, INC.;
SELECT FABRICATORS, INC., GARY W. WINCH, AND
DAVID YEARSLEY, RESPONDENTS-RESPONDENTS.
-------------------------------------------------          ORDER
SELECT FABRICATORS, INC., PLAINTIFF,

                V

WILLIAM HOGE AND WILLIAM HOGE CONSULTING, INC.,
DEFENDANTS-APPELLANTS.

---

WILLIAM S. ROBY, ROCHESTER, FOR PETITIONER-APPELLANT AND
DEFENDANTS-APPELLANTS.

JASON S. DIPONZIO, ROCHESTER, FOR RESPONDENTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Ontario County
(Kenneth R. Fisher, J.), entered April 27, 2011. The order denied
petitioner's motion to reargue his opposition to respondents' motion
for partial summary judgment seeking the dismissal of his
"counterclaims."

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984).

Entered: June 8, 2012                            Frances E. Cafarell
                                             Clerk of the Court